# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR VASQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals,** | **CASE NO. 1:17-CV-00796-DAD-SKO** |
| Plaintiffs, | **ORDER RELATING AND REASSIGNING CASE** |
| **LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,** | |
| Defendants. | |

On November 15, 2013, Plaintiff Jerrod Finder ("Finder") filed a wage and hour class action against Leprino Foods Company and Leprino Foods Dairy Products Company (collectively "Leprino"), alleging California Labor Code violations including failures to provide a second meal break or accurate itemized statements, waiting time violations, Unfair Business Practices Act violations, and Private Attorneys General Act claims based on those substantive violations. On January 21, 2015, Jonathon Talavera ("Talavera") filed a wage and hour class action against Leprino, alleging, (1) claims relating to Leprino's donning and doffing procedure for required sanitary gear, (2) the same second meal period denial claim as Finder, and (3) claims

1

for failure to pay all hours worked, overtime, and wages upon termination (based on both (a) the second meal period and rest period denials, and (b) the donning and doffing related claims). The Court consolidated the two actions on November 21, 2016. *Finder v. Leprino*, Case No. 1:13-cv-2059-AWI-BAM, Doc. 63. On January 20, 2017, the Court stayed the consolidated action. *Id.* at Doc. 81.

On April 13, 2017, counsel for Talavera filed *Perez v. Leprino*. *Perez v. Leprino*, EDCA Case No. 1:17-cv-00686-AWI-BAM, Doc. 1 at 11-32. That action was removed to this Court on May 18, 2017, and assigned to District Judge Dale Drozd. *Id*. The following day, Leprino filed a notice of related cases. *Id.* at Doc. 3. This Court related and reassigned that action on May 24, 2017.

On May 8, 2017, counsel for Talavera filed *Vasquez v. Leprino*. *Vasquez v. Leprino*, EDCA Case No. 1:17-cv-00796, Doc. 1 at 10-26. That action was removed to this Court on June 12, 2017. Doc. 1. The following day, Leprino file a notice of related cases. Doc. 3. The *Vasquez* action appears to raise some of the same claims for potentially the same class period as the actions involving Leprino presently assigned to this Court. *E.g., compare* Doc. 1 at 18-22 (alleging claims for meal period violations, wage statement violations, and conversion) *with Perez v. Leprino*, EDCA Case No. 1:17-cv-00686-AWI-BAM, Doc. 10 at 15-16, 18-19, 21-22 (same).

Local Rules provide that when a "Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself." Local Rule 123(c). The above-entitled action appears to involve similar questions of fact and law as *Finder v. Leprino, Talavera v. Leprino*, and *Perez v. Leprino*. Assignment to the same judge is likely to effect a substantial savings of judicial effort. *See* Local Rule 123(a)(3). Because the undersigned is assigned the lowest numbered related case, the above-entitled case is hereby reassigned from the dockets of District Judge Dale A. Drozd and Magistrate Judge Sheila K. Oberto to the dockets of Senior District Judge Anthony Ishii and Magistrate Judge Barbara A. McAuliffe. The Clerk of

the Court is also respectfully directed to relate this action to *Finder v. Leprino*, Case No. 1:13-cv-02059-AWI-BAM.

IT IS SO ORDERED.

Dated:   June 14, 2017

_____
SENIOR  DISTRICT  JUDGE