Cory G. Lee, Esq. (SBN 216921)
**THE DOWNEY LAW FIRM**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Phone: (213) 291-3333
Fax: (610) 813-4579
Attorneys for Plaintiff and the proposed Class

**HANSON BRIDGETT LLP**
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
DANIEL R. LENTZ, SBN 309365
dlentz@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Tel: (415) 777-3200
Fax: (415) 541-9366

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VICTOR VASQUEZ and LINDA HEFKE and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br>Defendants. | Case No.: 1:17-cv-00796-AWI-BAM<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**ORDER DIRECTING THE CLERK TO UPDATE THE DOCKET TO REFLECT PLAINTIFFS' CORRECT NAME: ISAIAS VAZQUEZ** |

# STIPULATION

*Whereas*, Plaintiffs' counsel erroneously named one of the Plaintiffs as "Victor Vasquez" in the Complaint filed in Kings County Superior Court on or about May 4, 2017, which was removed to this Court on or about June 12, 2017, and in the First Amended Complaint filed June 16, 2017;

*Whereas*, the Court ordered amendments to pleadings by January 4, 2019, pursuant to its April 6, 2018 Preliminary Scheduling Order.

*Whereas*, Plaintiffs wish to correct this erroneous naming;

*Whereas*, Plaintiff Vasquez's correct name is Isaias Vazquez;

*Whereas*, the Parties agree that Plaintiffs may change the allegations in the First Amended Complaint as follows:

Amend Paragraph 3 to read "Plaintiffs, ISAIAS VAZQUEZ and LINDA HEFKE, and Class Members are non-union, non-exempt, hourly employees."

*THEREFORE*, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), permitting leave to amend with the opposing party's

/ / /

/ / /

consent or leave of court. A copy of the proposed Second Amended Complaint is attached hereto as Exhibit A.

Dated: October 11, 2018          Respectfully submitted,

**The Downey Law Firm, LLC**

By: /s/ Cory G. Lee
Cory G. Lee

Attorneys for Plaintiffs Vazquez and Hefke

Dated: October 11, 2018          **HANSON BRIDGETT LLP**

By: /s/ Lisa M. Pooley
Lisa M. Pooley

Attorneys for Defendants Leprino Foods Company and Leprino Foods Dairy Products Company

## ORDER

The Parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED** that

1. Plaintiffs' stipulation for leave to file an Amended Complaint is GRANTED (Doc. 25-1);

2. The Second Amended Complaint filed as a separate docket entry (Doc. 25) is deemed filed as of the date of this Order;

3. The Clerk of Court is DIRECTED to amend the caption in this matter to amend the name of Plaintiffs to: "ISAIAS VAZQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals."

IT IS SO ORDERED.

Dated: **October 11, 2018**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE