# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS VASQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRIN FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00796-AWI-BAM<br><br>**ORDER RE STIPULATION TO CONTINUE CLASS CERTIFICATION MOTION HEARING**<br><br>(Doc. No. 75) |

Pursuant to the parties' stipulation, and good cause appearing, the class certification motion currently scheduled for November 29, 2019, is HEREBY CONTINUED to **December 6, 2019, at 1:30 p.m. in Courtroom 2 (AWI)** before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated: __March 12, 2019__          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1