# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS VASQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00796-AWI-BAM<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO EXCUSE R. REX PARRIS' AND JOHN M. BICKFORD'S ATTENDANCE AT THE MAY 17, 2019 APPEARANCE**<br><br>Date: May 17, 2019<br>Time: 8:30 a.m.<br>Courtroom: 8 |

# ORDER

The Court, having considered Plaintiffs' Request to Excuse R. Rex Parris' and John M. Bickford's Attendance at the May 17, 2019 Appearance (Dkt. 92) filed on May 7, 2019 and good cause appearing, **IT IS HEREBY ORDERED THAT**

R. Rex Parris' and John M. Bickford's personal attendance on May 17, 2019, is hereby excused.

Although the Court has excused the appearance of Mr. Parris and Mr. Bickford on this occasion, the parties are cautioned that the purpose of personal appearances is to refocus the efforts of counsel in resolving their disputes without Court intervention. If the parties fail to proceed productively in this action, including with meet and confer efforts, sanctions may be imposed.

IT IS SO ORDERED.

Dated: **May 9, 2019**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO EXCUSE R. REX PARRIS' AND JOHN M. BICKFORD'S ATTENDANCE AT THE MAY 17, 2019 APPEARANCE