| | |
|---|---|
| 1 | THE DOWNEY LAW FIRM |
| 2 | CORY G. LEE, SBN 216921 |
|   | downeyjusticelee@gmail.com |
| 3 | 9595 Wilshire Blvd., Suite 900 |
|   | Beverly Hills, California 90212 |
| 4 | Telephone: (213) 291-3333 |
|   | Facsimile: (610) 813-4579 |
| 5 | |
|   | Attorneys for Plaintiffs |
| 6 | ISAIAS VAZQUEZ and LINDA HEFKE |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ISAIAS VAZQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals, | Case No. 1:17-cv-00796-AWI−BAM |
| Plaintiffs, | |
| v. | **ORDER ON PLAINTIFFS' REQUEST TO EXCUSE CORY G. LEE, RANDY RUMPH AND ERIC D. ROUEN'S ATTENDANCE AT THE MAY 17, 2019 APPEARANCE** |
| LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive, | |
| Defendants. | **Date: May 17, 2019**<br>**Time: 8:30 a.m.**<br>**Courtroom 8** |

Case No. 1:17-cv-00796-AWI−BAM

ORDER on Request to Excuse Cory G. Lee, Randy Rumph, and Eric D. Rouen from Attendance at the May 17, 2019 Discovery Conference

**ORDER**

The Court, having considered Plaintiffs' Request to Excuse Cory G. Lee, Randy Rumph, and Eric D. Rouen's Attendance at the May 17, 2019 Appearance filed on May 7, 2019 and good cause appearing, hereby rules as follows.

**IT IS HEREBY ORDERED THAT:**

Cory G. Lee's attendance on May 17, 2019 is hereby excused.

Randy Rumph's attendance on May 17, 2019 is hereby excused.

Eric D. Rouen's attendance on May 17, 2019 is hereby excused.

However, with the exception of Mr. Rumph, who is reported to be overseas, if Mr. Lee and Mr. Rouen are available and have access to a telephone line at the time and date set for the conference, they shall be required to appear initially by telephone with each of them using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866**.

IT IS SO ORDERED.

Dated: **May 10, 2019**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE