1  HANSON BRIDGETT LLP
   SANDRA L. RAPPAPORT, SBN 172990
2  srappaport@hansonbridgett.com
   LISA M. POOLEY, SBN 168737
3  lpooley@hansonbridgett.com
   MOLLY L. KABAN, SBN 232477
4  mkaban@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendants
   LEPRINO FOODS COMPANY AND LEPRINO
8  FOODS DAIRY PRODUCTS COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ISAIAS VAZQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00796-AWI−BAM<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO EXCUSE MOLLY KABAN'S ATTENDANCE AT MAY 17, 2019 APPEARANCE**<br><br>Date:        May 17, 2019<br>Time:        8:30 a.m.<br>Courtroom:   8 |

1     The Court, having considered Defendants' Request to Excuse Molly Kaban Attendance at the May 17, 2019 Appearance (Dkt. 96) filed on May 10, 2019 and good cause appearing, IT IS HEREBY ORDERED THAT

    Molly Kaban's personal attendance on May 17, 2019, is hereby excused. However, if Ms. Kaban is available and has access to a telephone line at the time and date set for the conference, she shall be required to appear initially by telephone using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866.**

IT IS SO ORDERED.

Dated:   **May 13, 2019**          /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE