# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISAIAS VASQUEZ and LINDA HEFKE,** | **CASE NO. 1:17-cv-00796-AWI-BAM** |
| **Plaintiffs,** | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR STAY** |
| **LEPRINO FOODS COMPANY and LEPRINO FOODS DAIRY PRODUCTS COMPANY,** | (Doc. No. 167) |
| **Defendants.** | |

In this lawsuit, two cheese manufacturing companies are being sued by two of their employees for violating California's wage-and-hour laws. The two employees are Isaias Vasquez and Linda Hefke (collectively "Plaintiffs"). The two cheese manufacturing companies are Leprino Foods Company and Leprino Foods Dairy Products Company (collectively "Defendants" or "Leprino").

Plaintiffs moved for class certification pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure, and the Court recently granted that motion, in part. See Doc. No. 163. In the order granting that motion, the Court ordered the parties to, first, meet and confer about the submission of a joint stipulated class notice and distribution plan and, second, file within twenty-one days either a stipulated class notice and distribution plan or a notice that no stipulation can be agreed to. The Court also referred this case back to the Magistrate Judge for further scheduling.

Plaintiffs then moved the Court to reconsider the order granting class certification, see Doc. No. 166, and that motion is now pending before the Court. In light of the pending motion for reconsideration, and at Leprino's request, see Doc. No. 167, IT IS HEREBY ORDERED that the

foregoing order and referral[1] are STAYED until the Court resolves Leprino's motion for reconsideration.

IT IS SO ORDERED.

Dated:   April 17, 2020

_____
SENIOR DISTRICT JUDGE

---

[1] Specifically, the Court stays paragraphs 2 and 3 of the certification order. See Doc. No. 163 at p. 32 at ¶¶ 2-3.