HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
WINSTON K. HU, SBN 306677
whu@hansonbridgett.com
AMANDA M. OSOWSKI, SBN 317843
aosowski@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
LEPRINO FOODS COMPANY AND LEPRINO
FOODS DAIRY PRODUCTS COMPANY

PARRIS LAW FIRM
R. REX PARRIS, SBN 96567
rrparris@parrislawyers.com
KITTY K. SZETO, SBN 258136
kszeto@parrislawyers.com
JOHN M. BICKFORD, SBN 280929
jbickford@parrislawyers.com
RYAN A. CRIST, SBN 316653
rcrist@parrislawyers.com
ALEXANDER R. WHEELER, SBN 239541
awheeler@parrislawyers.com
43364 10th Street West
Lancaster, California 93534
Telephone:    (661) 949-2595
Facsimile:    (661) 949-7524

Attorneys for Plaintiffs
ISAIAS VAZQUEZ AND LINDA HEFKE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| ISAIAS VAZQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 1:17-cv-00796-AWI−BAM <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> **Judge:**  Hon. Anthony W. Ishii <br> **Date:**   December 14, 2020 <br> **Time:**   1:30 p.m. <br> **Ctrm.:**  2 |

1  Plaintiffs Isaias Vazquez and Linda Hefke and Defendants Leprino Foods Company and
2 Leprino Foods Dairy Products Company (collectively, the "Parties"), by and through their
3 respective counsel of record, hereby stipulate to continue the hearing and opposition and reply
4 deadlines on Plaintiffs' Motion for Judgement on the Pleadings to obviate the need for Defendants
5 to work on their opposition to the motion over the Thanksgiving holiday.  Absent a continuance,
6 Defendants' opposition would be due on November 30, 2020, the Monday following the
7 Thanksgiving holiday weekend.
8  THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that the hearing
9 on Plaintiffs' Motion for Judgment on the Pleadings will be continued from December 14, 2020 at
10 1:30 p.m. to December 28, 2020 at 1:30 p.m., in Courtroom 2, or as soon thereafter as convenient
11 for the Court.  Defendants shall file their opposition on December 7, 2020 and Plaintiffs shall file
12 their reply on December 21, 2020.

14 DATED:  November 19, 2020                               PARRIS LAW FIRM

16                                                             By:  /s/ Kitty K. Szeto
17                                                                    R. REX PARRIS
                                                                       ALEXANDER R. WHEELER
18                                                                    KITTY K. SZETO
                                                                       JOHN M. BICKFORD
19                                                                    RYAN A. CRIST
                                                                       Attorneys for Plaintiffs
20                                                                    ISAIAS VAZQUEZ AND LINDA HEFKE

1  DATED:  November 19, 2020                HANSON BRIDGETT LLP

              By:      /s/ Lisa M. Pooley
                   SANDRA L. RAPPAPORT
                   LISA M. POOLEY
                   WINSTON K. HU
                   AMANDA M. OSOWSKI
                   Attorneys for Defendants
                   LEPRINO FOODS COMPANY AND LEPRINO
                   FOODS DAIRY PRODUCTS COMPANY

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby continues the hearing on Plaintiffs' Motion for Judgment on the Pleadings to December 28, 2020, at 1:30 p.m., in Courtroom 2. Defendants shall file their opposition on or before December 7, 2020, and Plaintiffs shall file their reply on or before December 21, 2020.

IT IS SO ORDERED.

Dated:   November 20, 2020

SENIOR DISTRICT JUDGE