R. Rex Parris (SBN 96567)
   rrparris@parrislawyers.com
Alexander R. Wheeler (SBN 239541)
   awheeler@parrislawyers.com
Kitty K. Szeto (SBN 258136)
   kszeto@parrislawyers.com
John M. Bickford (SBN 280929)
   jbickford@parrislawyers.com
Ryan A. Crist (SBN 316653)
   rcrist@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
Telephone:    (661) 949-2595
Facsimile:    (661) 949-7524

Philip A. Downey (admitted *Pro Hac Vice*)
Pa Bar No. 81603
   downeyjustice@gmail.com
**THE DOWNEY LAW FIRM, LLC**
19 Rock Road
Long Valley, New Jersey 07853
Telephone:    (610) 324-2848
Facsimile:    (610) 813-4579

Attorneys for Plaintiffs and the Certified Class
[*Counsel for Defendants on the following page*]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAS VASQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 1:17-cv-00796-AWI-BAM<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER (DKT. 216); ORDER** |

HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT, SBN 172990
srappaport@hansonbridgett.com
LISA M. POOLEY, SBN 168737
lpooley@hansonbridgett.com
WINSTON K. HU, SBN 306677
whu@hansonbridgett.com
AMANDA M. OSOWSKI, SBN 317843
aosowski@hansonbridgett.com
GYMMEL M. TREMBLY, SBN 327236
gtrembly@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendants
LEPRINO FOODS COMPANY AND LEPRINO
FOODS DAIRY PRODUCTS COMPANY

# JOINT STIPULATION

Plaintiffs Isaias Vazquez and Linda Hefke ("Plaintiffs") and Defendants Leprino Foods Company and Leprino Foods Dairy Products Company ("Defendants" or "Leprino," and together collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Stipulation to amend the Amended Supplemental Scheduling Order.

**WHEREAS**, on October 13, 2020, the Court issued a Supplemental Scheduling Order, which set, among other dates, the non-expert discovery deadline as June 14, 2021 and the expert discovery deadline as October 15, 2021 (Dkt.188);

**WHEREAS**, on April 23, 2021, the Court issued an Amended Supplemental Scheduling Order, which, among other extensions, extended the non-expert discovery deadline by one month, until July 14, 2021, and extended the expert discovery deadline by 17 days, until November 1, 2021 (Dkt. 216);

**WHEREAS**, on May 26, 2021, Plaintiff Vazquez served Defendant Leprino Foods Company with a Request for Production of Documents, Set Five;

**WHEREAS**, on June 28, 2021, Defendant timely served its Response to Plaintiff Vazquez's Request for Production of Documents, Set Five, which asserted certain objections to the requests;

**WHEREAS**, on July 7, 2021 the Parties met and conferred telephonically regarding Leprino's Response to Plaintiff Vazquez's Requests for Production of Documents, Set Five;

**WHEREAS**, during the meet-and-confer discussions, the Parties agreed that Defendant Leprino Foods Company will produce the non-anonymized electronic time and payroll data in Excel format for the entire Class (the "Class" is defined as "all non-exempt hourly workers who are currently employed, or formerly have been employed, as non-exempt hourly employees at Defendant's Lemoore West facilities in Lemoore, California, at any time within four years prior to the filing of the original complaint until March 31, 2020, and who did not submit a timely opt-out in response to the class notice procedure");

**WHEREAS**, the Parties agreed to extend the non-expert discovery deadline solely for the purpose of allowing Defendant Leprino Foods Company sufficient time to produce the time and payroll data of the Class to Plaintiffs;

1

_____
JOINT STIPULATION TO PRODUCE TIME AND PAYROLL DATA AND AMEND SCHEDULING ORDER

17684116.1

**WHEREAS**, the Parties agree that no party may conduct any non-expert discovery beyond July 14, 2021, except for: (1) Defendant Leprino Foods Company's production of the time and payroll data of the Class to Plaintiffs and (2) the discovery permitted by the Court for the sole purpose of confirming the class list, as ordered in the Court's June 29, 2021 Order to be completed by July 28, 2021 (Dkt. 229);

**WHEREAS**, Defendant Leprino Foods Company expects to be able to produce the time and payroll data of the Class to Plaintiffs by the second week of August, 2021, at the latest;

**WHEREAS**, Plaintiffs represented that their expert needs two months to analyze the time and payroll data of the Class before they can make their initial expert disclosure pursuant to FRCP 26(a)(2)(A) and (B);

**WHEREAS**, the Parties agree to amend some of the dates in the Amended Supplemental Scheduling Order (Dkt. 216) for certain specific purposes only;

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Leprino shall provide the electronic time and payroll data in Excel format for the entire Class in or before the second week of August, 2021. In addition, the Parties agree there is good cause to amend the Scheduling Order as follows, provided that all of the electronic time and payroll data is produced by the second week of August:

1. For the sole purpose of Defendant Leprino Foods Company's production of the non-anonymized time and payroll data of the Class to Plaintiffs, the non-expert discovery deadline will be August 13, 2021;

2. The non-expert discovery deadline of July 14, 2021, shall remain in place except for: (1) Defendant Leprino Foods Company's production of the non-anonymized time and payroll data of the Class to Plaintiffs and (2) the discovery permitted by the Court for the sole purpose of confirming the class list, as ordered in the Court's June 29, 2021 Order to be completed by July 28, 2021 (Dkt. 229);

3. The expert disclosure deadline will be October 15, 2021;

4. The supplemental expert disclosure deadline will be December 1, 2021;

5. The expert discovery deadline will be January 10, 2022; and

6. The deadline to file dispositive motions will be January 17, 2022.

Date: July 9, 2021                               **PARRIS LAW FIRM**

By: /s/Kitty K. Szeto
      Alexander R. Wheeler
      Kitty K. Szeto
      Ryan A. Crist
      Attorneys for Plaintiffs
      and the Certified Class

Date: July 9, 2021                               **HANSON BRIDGETT LLP**

By: /s/ Lisa M. Pooley
      Lisa M. Pooley
      Sandra L. Rappaport
      Attorneys for Defendants

# **ORDER**

Pursuant to the Parties' Stipulation, the Court finds good cause to amend the Amended Supplemental Scheduling Order, Dkt. 216, as follows:

1. For the sole purpose of Defendant Leprino Foods Company's production of the non-anonymized time and payroll data of the Class to Plaintiffs, the non-expert discovery deadline will be August 13, 2021;

2. The non-expert discovery deadline of July 14, 2021, shall remain in place except for: (1) Defendant Leprino Foods Company's production of the non-anonymized time and payroll data of the Class to Plaintiffs and (2) the discovery permitted by the Court for the sole purpose of confirming the class list, as ordered in the Court's June 29, 2021 Order to be completed by July 28, 2021 (Dkt. 229);

3. The expert disclosure deadline will be October 15, 2021;

4. The supplemental expert disclosure deadline will be December 1, 2021;

5. The expert discovery deadline will be January 10, 2022; and

6. The deadline to file dispositive motions will be January 17, 2022.

IT IS SO ORDERED.

Dated: **July 9, 2021**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE