UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RE: ) | |
| ) | ISAIAS VASQUEZ., et al. |
| ) | v. |
| ) | LEPRINO FOODS COMPANY |
| IN THE MATTER OF JURY FEE ) | |
| ) | 1:17-cv-00796-AWI-BAM |
| ) | |
| ) | |
| _____) | |

     Pursuant to Title 28, United States Code, Section 1871(b)(2) a petit juror required to attend more than ten days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10 more than the attendance fee, for each day in excess of ten days on which he/she is required to hear such case.

     IT IS HEREBY ORDERED that the jurors in the above entitled case be paid the $60.00 per day for their service.

     IT IS SO ORDERED this 3rd day of April 2023.

IT IS SO ORDERED.

Dated:   April 4, 2023                              _____
                                                                   SENIOR   DISTRICT   JUDGE