Case 1:17-cv-00796-AWI-BAM   Document 430   Filed 04/06/23   Page 1 of 3

**FILED**
APR 06 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAS VASQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation,<br><br>　　　　Defendant. | CASE NO. 1:17-cv-00796-AWI-BAM<br><br>VERDICT FORM |

We, the jury in the above-entitled action, find the following special verdict on the questions submitted to us:



COURT'S EXHIBITS
CASE NO. 1:17-CV-00796-AWI
EXHIBIT NO. A

## I. Rest Period Claim

**Question No. 1:**

Did Plaintiffs prove by a preponderance of the evidence that Leprino had a facility-wide policy at its Lemoore West facility between May 8, 2013 and March 31, 2020 that required the Class to be on-call during rest breaks?

    Answer:    YES  _____

                    NO   __X__

Proceed to Question No. 2.

## II. Meal Period Claim

**Question No. 2:**

Did Plaintiffs prove by a preponderance of the evidence that Leprino had a facility-wide policy at its Lemoore West facility between May 8, 2013 and March 31, 2020 that required the Class to be on-call during meal breaks?

    Answer:    YES  _____

                    NO   __X__

If you answered "Yes" to Question No. 1 or Question No. 2, then proceed to Question No. 3. If you answered "No" to both Question No. 1 and Question No. 2, then proceed to the last page of this form and sign, date, and return this verdict.

### III. Wage Statement Claim

**Question No. 3:**

Did Plaintiffs prove by a preponderance of the evidence that Leprino knowingly and intentionally failed to provide a proper itemized wage statement to Class Members between May 8, 2013 and March 31, 2020 and that the Class Members suffered injury as a result thereof?

    Answer:    YES _____

                  NO _____

Proceed to Question No. 4.

### IV. Waiting Time Penalty Claim

**Question No. 4:**

Did Plaintiffs prove by a preponderance of the evidence that Leprino willfully failed to pay Class Members at the proper time following the end of their employment between May 8, 2013 and March 31, 2020?

    Answer:    YES _____

                  NO _____

STOP. Sign and date this verdict form and inform the Court that you have reached a verdict.

_____ [REDACTED]                       4-6-2023

Presiding Juror                                     Date