**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAS VASQUEZ and LINDA HEFKE on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00796-JLT-BAM<br><br>Consolidated with:<br>1:13-cv-02059-JLT-BAM<br>1:15-cv-00105-JLT-BAM<br>1:17-cv-00686-JLT-BAM<br>1:18-cv-01404-JLT-BAM<br>2:20-cv-00700-JLT-BAM<br><br>**CLASS ACTION**<br><br>**[PROPOSED] JUDGMENT** |

The Court, having granted final approval of the Settlement Agreement and Release ("Settlement Agreement"), it is hereby Ordered, Adjudged, and Decreed that final judgment is entered in accordance with the terms of the Settlement, the Order Granting Preliminary Approval of Class Action Settlement filed on February 12, 2024, (Doc. 461), and the Order Granting Motion for Final Approval of Settlement (Doc. 477).

As a result, Plaintiffs and all Participating Class Members[1] are hereby permanently enjoined from pursuing or seeking to reopen claims that have been released by the Settlement Agreement and Final Approval Order.

Without affecting the finality of the Court's judgment in any way, the Court hereby retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement.

**IT IS SO ORDERED.**

DATE:__________________

__________________________________
Honorable Barbara A. McAuliffe
United States Magistrate Judge

[1] The terms "Plaintiffs" and "Participating Class Member" have the same meaning as provided in the Parties' Settlement Agreement.